UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VITALIY STANISLAVOVICH VOSMAK,

      Petitioner,

v.                                                                    Case No. 8:05-cv-1950-T-23MAP

DEPARTMENT OF HOMELAND SECURITY,

      Respondent.
_____/

### O R D E R

Vosmak filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and paid the required filing fee.  The petition warrants service on the respondent.

Accordingly, the clerk shall send a copy of the petition and this order **by certified mail** to the Respondent United States Department of Homeland Security and the United States Attorney for the Middle District of Florida (attention the Civil Process Clerk).  Additionally, the Clerk shall send a copy of the petition and this order **by certified mail** to the Attorney General of the United States in Washington, D.C.  All cost of service shall be advanced by the United States.  The respondent has sixty (60) days from the date of service of process on the United States Attorney within which to show cause why the petition should not be granted.

Before counsel has appeared for the respondent, Vosmak shall send to the respondent a copy of every further pleading, motion, or other paper submitted to be

filed in this case and to be considered by the court.  After counsel has appeared for the respondent, the copy shall be sent directly to counsel for the respondent, rather than to the respondent personally.  Vosmak shall include with the original pleading or other paper that is submitted to be filed a certificate stating the date that an accurate copy of the pleading or other paper was mailed to the respondent or counsel for the respondent.  If any pleading or other paper submitted to be filed and considered by the court does not include a certificate of service on the respondent or counsel for the respondent, it will be stricken from this case and disregarded by the court.  Vosmak shall advise the court of his current mailing address at all times, especially if Petitioner is released from custody.  Failure to do so may result in the dismissal of this action.

Both parties shall insure that all exhibits accompanying any pleadings which they submit to the court shall be individually marked for identification and a table of contents or index shall be included to aid the court in locating such documentary exhibits.

ORDERED in Tampa, Florida, on _October 22nd_, 2005.

_____
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

SA/ro

- 2 -